University of Chicago, appellee, v. George R. Dater et al., on appeal of R. W. Johnston, appellant. Gen. No. 37,429.

Opinion filed June 15, 1934.

Milton M. Adelman, for appellant. Tenney, Harding, Sherman & Rogers, for appellee; L. Dow Nichol, Jr., and William W. Miller, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Gage Structural Steel Company, complainant and appellee, v. O'Brien Brothers Construction Company et al., defendants. Material Service Corporation, intervening petitioner and appellee. Sanitary District of Chicago, appellant. Gen. No. 37,039.

Opinion filed June 15, 1934.

William Rothmann, for appellant; Edward A. McCarthy, Senior Assistant Attorney, of counsel. A. S. and E. W. Froehlich and Joseph Chavkin, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

Peter M. Hoffman for use of Isabel W. Knott, plaintiff in error, v. Maryland Casualty Company, defendant in error. Gen. No. 37,066.

Action of debt on replevin bond. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. D. J. Normoyle, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1933. Opinion filed June 15, 1934. Rehearing denied June 27, 1934.

Weightstill Woods, for plaintiff in error. Charles W. Lamborn, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

Emilo Santo, appellant, v. Fred W. Vogt, appellee. Gen. No. 37,092.

Opinion filed June 15, 1934.

William Rifkind, for appellant. Sinden & Hassell, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

Southway Hotel Corporation, appellee, v. Rebie Horton, appellant. Gen. No. 37,134.

Opinion filed June 15, 1934. Rehearing denied June 27, 1934.

Brown, Brown & Cyrus, for appellant; Sydney B. Brown and Bindley C. Cyrus, of counsel. Joseph Fisher, for appellee.

Mr. Justice Gridley delivered the opinion of the court.